UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMEN ALLEN,

                Plaintiff,

  *against*                                        Docket #: 1:22-cv-2491

NYC SHOPRITE ASSOCIATES, INC.,

                Defendant.
-----------------------------------------------------------X

## PETITION FOR REMOVAL

1. NYC SHOPRITE ASSOCIATES, INC., is a defendant in a civil action commenced in the Supreme Court of the State of New York, County of Kings, bearing Index number 507599/2022 E. A copy of the Summons and Complaint is attached hereto as **Exhibit "A"**.

2. NYC SHOPRITE ASSOCIATES, INC., is domiciled in, and hence a citizen of the State of Delaware under whose corporate laws it was founded and operates and has its principal place of business in Delaware.

3. Upon information and belief, plaintiff, CARMEN ALLEN, resides at 864 49th Street, Brooklyn, New York 11220, is a citizen and resident of Kings County, State of New York.

4. This action was commenced on or about March 15, 2022, by the purchase of an index number. Thereafter the Summons and Complaint was forwarded to the New York Secretary of State being received on March 25, 2022. Service of the Summons and Complaint by the New York Secretary of State upon this party, NYC SHOPRITE ASSOCIATES, INC., was made on or about March 25, 2022.

5. Significant for the purposes of the jurisdiction of this court is that no monetary amount or ad damnum was included in or set forth in the complaint. Nor was any other writing served by plaintiff upon defendant advising of the actual monetary amount being sought of the defendant.

6. Together with its answer interposed in the State Court action served on April 4, 2022, defendant annexed a demand pursuant to CPLR §3017 requiring such a response as to the monetary amount that is being sought of defendant in this action, see **Exhibit "B"**.

7. That plaintiff's counsel did delay serving a response to the discovery demands served by this office, and it was not until on or about April 21, 2022, that responses to defendant's demands were received from plaintiff's counsel dated April 21, 2022, which set forth a demand for damages, that being in the amount of $1,000,000.00. Said amount being in excess of the jurisdiction amount set forth as a threshold for diversity purposes. See **Exhibit "C"**.

8. Accordingly, this petition is timely as it was filed pursuant to 28 U.S.C.§1446(b), within 30 days of receipt of plaintiff's demand for monetary damages in this action. The time for filing has not expired.

9. This action is being removed to Federal Court based upon diversity jurisdiction pursuant to 28 U.S.C.§1332(a).

10. As noted above the parties to this action are citizens of different states.

11. This action is therefore one which may be removed to this court pursuant to 28 U.S.C.§1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C.§1332(a).

12. Venue is proper pursuant to 28 U.S.C.§1441(a).

13. Pursuant to 28 U.S.C.§1446(d) this party, NYC SHOPRITE ASSOCIATES, INC., has this day, served upon the Clerk, Supreme Court, Kings County notification of the filing of this petition. A copy of the Notice of Removal filed in Supreme Court is attached hereto as **Exhibit "D"**.

**WHEREFORE**, pursuant to this provisions of 28 U.S.C.§§1441 and §§1446 defendant, NYC SHOPRITE ASSOCIATES, INC., respectfully requests that this action be removed from the Supreme Court of the State of New York, Kings County and henceforth proceed in this Court.

Dated: Mineola, New York
         May 2, 2022

>                                         NYC SHOPRITE ASSOCIATES, INC.
>
>                                         By: *Bruce A. Torino*
>                                         BRUCE A. TORINO [BT 7772]
>                                         TORINO & BERNSTEIN, P.C.
>                                         *Attorney for Defendant*
>                                         200 Old Country Road, Suite 220
>                                         Mineola, NY 11501
>                                         (516) 747-4301 Fax: (516) 747-5956

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this May 2, 2022, to NEWMAN, ANZALONE & NEWMAN, LLP, 95-25 Queens Boulevard, 11th Floor, Rego Park, New York 11374

>                                         *Bruce A. Torino*
>                                         BRUCE A. TORINO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMEN ALLEN,

                    Plaintiff,

     *against*

NYC SHOPRITE ASSOCIATES, INC.,

                    Defendant.
---------------------------------------------------------------X

Docket #: 1:22-cv-2491

_____

# REMOVAL PETITION

_____

**TORINO & BERNSTEIN, P.C.**

*Attorneys for Defendant*
*NYC SHOPRITE ASSOCIATES, INC.*

200 OLD COUNTRY ROAD, SUITE 220
MINEOLA, NEW YORK 11501
<516> 747-4301 Fax: <516> 747-5956

Our File Number: 007745-170651-GB01